0DE62517

U.S. Bankruptcy Court
Eastern District of Wis.  } ss
I hereby certify that this is a true and
correct copy of the original now remaining
of record in my office.
C.L. Austin, Clerk

DATED:
9-3-04  By: [signature] Deputy

J.B. VOL. 15

# 2221

UNITED STATES
BANKRUPTCY COURT
FILED - MAIL

2004 AUG -5 AM 9: 40

C. L. AUSTIN, CLERK
MILWAUKEE, WISCONSIN

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

RESOLUTION TRUST CORPORATION AS
CONSERVATOR OF COLUMBIA BANKING
FEDERAL SAVINGS ASSOCIATION and
TRIAD FUNDINGS, INC.
      PLAINTIFF,
  vs
FRANK PIO CRIVELLO
      DEFENDANT.

BANKRUPTCY NO. 92-27252-CNC

ADVERSARY NO. 93-2085

FILED
MAY 23 2011
Clerk U. S. Bankruptcy
Court Tampa, FL

## ASSIGNMENT OF JUDGMENT

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, JDC FINANCE COMPANY III, L.P., 1910 Pacific Avenue, Dallas, Texas 75201 (hereinafter the "Assignor"), hereby transfers, assigns and conveys without recourse unto THE CADLE COMPANY, an Ohio corporation located at 100 North Center Street, Newton Falls, Ohio 44444 (hereinafter the "Assignee"), all of Assignor's right, title and interest, if any, in the Judgment rendered in Bankruptcy Case No. 92-27252-CNC, Adversary No. 93-2085, filed on February 23, 1994 in the United States Bankruptcy Court, Eastern District of Wisconsin wherein Resolution Trust Corporation as Conservator of Columbia Banking Federal Savings Association and Triad Fundings, Inc. was the Plaintiff and Frank Pio Crivello was the Defendant.

    IN WITNESS WHEREOF, the undersigned has hereunto set its hand this 26th day of July, 2004, **BUT EFFECTIVE AS OF SEPTEMBER 8, 1998.**

_____  
Rachael L. Merriman, Witness

_____  
Michelle Richmond, Witness

JDC FINANCE COMPANY III, L.P., BY THE CADLE COMPANY, ITS ATTORNEY IN FACT BY POWER OF ATTORNEY DATED SEPTEMBER 8, 1998

By: _____  
    William E. Shaulis  
Its:  Executive Vice President

STATE OF OHIO  
COUNTY OF TRUMBULL

    Before me, a Notary Public in and for said County and State, personally appeared William E. Shaulis, who under penalty of perjury in violation of Section 2921.11 of the Revised Code represented to me to be said person and who signed the foregoing Instrument and acknowledged the same as his voluntary act and deed.
    Executed this 26th day of July, 2004.

_____  
Kathryn T. Sabol, Notary Public

This Assignment Prepared By and
After Recording Return to:
The Cadle Company
100 North Center Street
Newton Falls, OH 44444
(330) 872-0918
Our File Name: Frank Pio Crivello
Our File No. 0DE62517
C:\0DE6\0DE6-NEW.doc

KATHRYN T. SABOL
Notary Public, State of Ohio
My Comm. Expires March 26, 2008

(45)

## ASSIGNMENT OF JUDGMENT



THIS INSTRUMENT WAS DRAFTED BY:
Name: Priscilla Catapat
Title: DRR Specialist
FEDERAL DEPOSIT INSURANCE CORP.
1910 Pacific Avenue, Dallas, Texas 75201

AFTER RECORDING RETURN TO:
Name:     The Cadle Company
Address:  100 North Center Street
          Newton Falls, OH  44444
          ODE62517

Date: July 12, 2004   Effective Date: April 27, 1995

**Defendant(s):**   Frank Pio Crivello

**Plaintiff(s):**   Resolution Trust Corporation as Conservator of Columbia Banking Federal Savings Association and Triad Funding, Inc.

**Plaintiff's Successor in Interest ("FDIC"):**

   Frank Pio Crivello

**FDIC's Address:** 1910 Pacific Avenue, Dallas, Texas 75201

**Assignee:**   JDC Finance Company III, L.P.

**Judgment:**

   Date: February 23, 1994

   Style of Case: Resolution Trust Corporation as Conservator of Columbia Banking Federal Savings Association and Triad Fundings, Inc., Plaintiff vs Frank Pio Crivello, Defendant

   Court: United States Bankuptcy Court Eastern District of Wisconsin

   Cause No.: 93-2085

   Judgment Amount: $1,841,180.50, plus interest, costs, and attorney fees, if any.

**Judgment is described in the following document(s):**

   as described on said judgment filed on February 23, 1994 referred to herein.

For value received the receipt and sufficiency of which are hereby acknowledged, the Holder of the Judgment, the FDIC, transfers and assigns the Judgment to Assignee. This Assignment of Judgment is made without recourse, representation or warranty, express or implied, upon or by the FDIC.

Where context requires, singular nouns and pronouns include the plural.

FEDERAL DEPOSIT INSURANCE CORPORATION
in the capacity stated above.

By: _____
  Priscilla Catapat, Attorney-in-fact


## ACKNOWLEDGMENT

STATE OF TEXAS           §
                         §
COUNTY OF DALLAS         §


On July 12, 2004, as a Notary Public in and for the said County in the State aforesaid, do hereby certify that Priscilla Catapat, Attorney-in-fact, of the FEDERAL DEPOSIT INSURANCE CORPORATION ("FDIC"), personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that, as such authorized representative, such person signed and delivered the said instrument as the free and voluntary act of such person and as the free and voluntary act of FDIC for the uses and purposes therein set forth.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal on the date written above.

[SEAL: ESTHER A. CASTANER / MY COMMISSION EXPIRES / January 29, 2007]

_____
Name: Esther Castaner
Notary Public in and for the State of Texas


Revised by RMJ 8/14/00(Wisconsin) Assignment of Judgment

00E6 2517
Crivello

United States Bankruptcy Court
FILED

FEB 23 1994

BETTY J. SMALL, CLERK
Milwaukee, W[...]

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE: FRANK PIO CRIVELLO

BANKRUPTCY NO. 92-27252-CNC

RESOLUTION TRUST CORPORATION AS CONSERVATOR OF COLUMBIA BANKING FEDERAL SAVINGS ASSOCIATION and TRIAD FUNDINGS, INC.   PLAINTIFF,

DEBTOR

ADVERSARY NO. 93-2085

**JUDGMENT ON DECISION BY THE COURT**

VS

FRANK PIO CRIVELLO

DEFENDANT.


THIS ACTION HAVING COME BEFORE THE COURT, THE HONORABLE CHARLES N. CLEVERT PRESIDING,

IT IS ORDERED AND ADJUDGED THAT
   RESOLUTION TRUST CORPORATION AS CONSERVATOR OF
   COLUMBIA BANKING FEDERAL SAVINGS ASSOCIATION and
   TRIAD FUNDINGS, INC.
   31 EAST MAIN STREET
   ROCHESTER, NEW YORK  14614
   (A NEW YORK CORPORATION)
SHALL RECOVER OF

   FRANK PIO CRIVELLO
   8405 NORTH PELICAN LANE
   MILWAUKEE, WI  53217
   (OCCUPATION UNKNOWN)


THE SUM OF $1,841,180.50, OF WHICH $431,050.00 IS DEEMED NON-DISCHARGEABLE PURSUANT TO 11 U.S.C. Sec. 523.  STATUTORY COSTS ARE ALLOWED.


Dated: FEBRUARY 23, 1994

KATHERINE C. DODD,
ACTING CLERK

BY: /s/ [signature]
CASE ADMINISTRATOR

B 131
9/94

# United States Bankruptcy Court

__Eastern__ District Of __Wisconsin__

In re   Frank Pio Crivello
       v.
      Resolution Trust Co.      Case No. __1992-27252__
Debtor  Triad Funding             Adv. No. __1993-2085__

## EXEMPLIFICATION CERTIFICATE

I, __Janet L. Medlock__, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of __the Judgment on Decision by the Court filed on Feb. 23, 1994__

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at __Milwaukee__, in the State of __Wisconsin__, this __12th day of May 2011__.

[Seal of Court]

_Janet L. Medlock_
Clerk of the Bankruptcy Court

---

I, __Pamela Pepper__, bankruptcy judge for this district certify that __Janet L. Medlock__ is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

May 13, 2011
Date

Bankruptcy Judge

---

I, __Janet L. Medlock__, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable __Pamela Pepper__ is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.
In testimony of this statement, I sign my name, and affix the seal of the court at __Milwaukee__, in the State of __Wisconsin__, this __13th day of May 2011__.

[Seal of Court]

_Janet L. Medlock_
Clerk of the Bankruptcy Court

**The Cadle Company**
**100 North Center Street**
**Newton Falls, OH  44444**
**(888) 462-2353 (888) GO-CADLE**
**(330) 872-0918**
**FAX (330) 872-5367**

May 18, 2011

US Bankruptcy Court
Middle District of Florida
Tampa Division
801 N Florida Avenue, Suite 555
Tampa, FL  33602-3899

      RE:   The Cadle Company, as assignee
              Vs. Frabj Crivello
              Our File No. 0DE62517

Dear Sir or Madam:

    Please file the enclosed Certification of Judgment For Registration in Another District, along with the Exemplification Certificate of Judgment in your court.

    Enclosed is a check in the amount of $39.00, along with a self-addressed stamped envelope for your convenience in returning the document to me.

    If you have any questions, please do not hesitate to contact me. I can be reached at Ext. 3302 between the hours of 8:30 a.m. and 5:00 p.m. EST, Monday through Friday.

                          Yours very truly,

                          Kristina Albert
                          Expeditor

KA
Enclosure
I:\Kristina_Albert\0DE62517-Florida.doc